# EXHIBIT G

Bank of America® Clarity Statement® 

# Overview of Bank of America Core Checking®
# key policies and fees

| Your Core Checking account | | |
|---|---|---|
| Monthly Maintenance fee | $12.00 each month | You can avoid the **Monthly Maintenance fee** when you do **ONE** of the following each statement cycle: <br>Make at least one qualifying Direct Deposit of $250 or more, **OR** <br>Maintain a minimum daily balance of $1,500 or more. <br><br>Students under age 23 are eligible for waiver of this fee while enrolled in high school, college or a vocational program. |

| ATM fees | | |
|---|---|---|
| Bank of America ATMs | **No ATM fee** | For deposits, withdrawals, transfers or balance inquiries |
| Non-Bank of America ATMs | $2.50 | In the U.S., plus any fee charged by the ATM's operator |
| | $5.00 | Outside the U.S., plus any fee charged by the ATM's operator |

**Overdraft policy**

- To help you avoid fees, we won't authorize ATM withdrawals or everyday debit card purchases when you don't have enough money in your account at the time of the transaction.
- When we determine you don't have enough money in your account to cover an item, then we either authorize and pay the item and overdraw your account (an overdraft item), or we decline or return the item unpaid (an NSF: returned item). When this happens, you'll be charged a fee. See details below.
- We offer two overdraft setting options for how you want us to process your other transactions, such as checks and scheduled payments.

**Overdraft settings and fees**

**Option 1: Standard -** Use this setting if you want checks or scheduled payments to be completed, even though you'll pay a fee. These transactions may be approved and cause an overdraft.

**Option 2: Decline-All -** Use this setting if you want us to decline or return transactions if you don't have enough money in your account at the time of the transaction. Checks or scheduled payments will be returned unpaid if you don't have enough money in your account and you will be charged an NSF: Returned Item Fee. Recurring debit card payments may be authorized when funds are available but cause an overdraft when they post later which may result in an Overdraft Item Fee.

| | | | |
|---|---|---|---|
| Overdraft Item Fee | $35.00 per overdraft | We'll charge a $35 Overdraft Item Fee for each item that we authorize and pay. An Overdraft Item Fee can apply to a recurring debit card payment. | No more than 4 Overdraft or Returned Item fees are charged per day. |
| NSF: Returned Item Fee | $35.00 per declined/returned transaction | We'll charge a $35 NSF: Returned Item Fee for each item that we decline or return unpaid. However, there's no NSF: Returned Item Fee for one-time or recurring declined debit card payments. | |
| Emergency cash at the ATM | $35.00 per overdraft transaction | You may be able to authorize an overdraft and access cash at a Bank of America ATM in either setting. You'll pay a $35 Overdraft Item fee for the ATM withdrawal unless you deposit available funds to cover your overdraft by the end of the business day. | |
| Extended Overdrawn Balance charge | $35.00 | This additional fee will apply in either setting when your account stays overdrawn for 5 consecutive business days (excludes Saturday and Sunday). | |
| Overdraft Protection Transfer Fee[1] | $12.00 per transfer | With Overdraft Protection, if you're about to overdraw your account, we'll automatically transfer available funds from your linked savings or second eligible checking account. Only 1 transfer fee charged per day. | |

This Clarity Statement summarizes key policies and fees for this account. For more information about the terms of your account, please review your Personal Schedule of Fees and Deposit Agreement.

1. Overdraft Protection is also available from your Bank of America credit card. Overdraft Protection transfers from your credit card are Bank Cash Advances. They are subject to overdraft protection cash advance fees and will accrue interest at the Bank Cash Advance APR. Please refer to your Credit Card Agreement for additional details.

**Information is current as of 11/2016 and is subject to change.**                                          *See reverse*

| Additional fees | | |
|---|---|---|
| Statement copies (each copy) | **$5.00** | Instead of ordering copies of your statements from us, you can view and print your available statements in the Statements & Documents tab in Online Banking. |
| Check images | **$3.00** | For each monthly statement that includes a printed check image |
| | **No fee** | Printable check images from the last 12 months are available online |
| Ordering checks | **Varies** | Depending on the style you choose |
| Card replacement | **$5.00** | To replace an ATM or debit card when your card has not expired; additional **$15** for rush delivery |
| Stop payment | **$30.00** | Each request |
| Cashier's checks | **$10.00** | Per check |
| Incoming wire transfers (each) | **$15.00** | Domestic wire transfer |
| | **$16.00** | International wire transfer; other banks may charge additional fees. |
| Outgoing wire transfers (each) | **$30.00** | Domestic wire transfer |
| | **$35.00** | International wire transfer sent in foreign currency; other banks may charge additional fees. |
| | **$45.00** | International wire transfer sent in U.S. Dollars; other banks may charge additional fees. |
| Deposited item returned (each) | **$12.00** | Domestic item |
| | **$15.00** | Foreign item |
| Non-Bank of America Teller Withdrawal | | Per transaction, greater of **$5.00** OR **3%** of the amount (maximum $10.00) when you use your ATM or debit card, or card number, to make a withdrawal, transfer or payment at another bank and it is processed as a cash disbursement. |

### When your deposits are available

- **Cash, direct deposits, wire transfers:** On the day we receive them.
- **Checks:** Usually the next business day, if deposited before the financial center or ATM cut-off time.
- **Mobile Check Deposit:** Usually the next business day if deposited by applicable cut-off times (please refer to "Help and Support" in Mobile App for additional details and terms and conditions). Dollar limits apply to this service, vary by account and are communicated during the deposit process.
- **If we place a hold on your deposit,** we'll let you know the hold reason and when your funds will be available. This is typically provided at the time of deposit but may also be mailed later. Deposits greater than $5,000 and checks deposited within the first 30 days of account opening may be held longer.

### How we post transactions

The way we post transactions impacts your account balance. If there's not enough available money in your account to cover all of your transactions, the posting order can impact the number of overdraft fees you incur. After each business day ends, we'll group transactions received that day into categories before posting them. Below are the most common categories, and common transaction types in each, in the order that they generally post to your account.

- **Deposits:** Added from highest to lowest dollar amount.
- **Many debit transactions:** Subtracted based on the date and time you made them (if the system knows the date and time of the transaction). These include one-time and recurring debit card transactions, one-time transfers, ATM withdrawals, and checks cashed with our tellers.*
- **Other checks you wrote:** Subtracted in check number order.*
- **Most other electronic payments and preauthorized transfers:** Subtracted from highest to lowest dollar amount. These include scheduled transfers, online bill payments and preauthorized payments that use your account number.
- **Most fees:** Subtracted from highest to lowest dollar amounts.

  * *If our system doesn't receive date and time information, or can't detect the check number, remaining transactions in these categories are posted from highest to lowest dollar amount.*

### Get the most out of your account

Visit bankofamerica.com/**quickstart** to make sure you're taking advantage of all the features and benefits of your new account, including signing up for online banking.
Questions? Please call **800.432.1000** or visit a nearby financial center.

Additional fee waivers may be available to U.S. Trust® and qualified Merrill Lynch Wealth Management® clients. Please contact your advisor to learn more.
Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.
© 2016 Bank of America Corporation. ARNNG3VC | 00-14-9315 | ALL STATES

00-53-5421NSB