UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DU'BOIS A. CROCKROM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>        Defendants. | Civil Action No. 1:20-cv-00013-JPO<br><br>Judge J. Paul Oetken<br><br>Magistrate Judge Debra C. Freeman<br><br>*(ELECTRONICALLY FILED)* |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that Defendants Bank of America, N.A. and Bank of America Corporation ("BAC") respectfully move the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the claims against BAC pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and to strike the Complaint's nationwide class allegations pursuant to Fed. R. Civ. P. 12(f), in support of which Defendants rely on the accompanying Memorandum of Law, Declaration, and the exhibit thereto.

DATED:    February 4, 2020

                                                    */s/ Angela A. Smedley*
                                                    Angela A. Smedley
                                                    W<small>INSTON</small> & S<small>TRAWN</small> LLP
                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    Tel: (212) 294-5348
                                                    Fax: (212) 294-4700
                                                    ASmedley@winston.com

                                                    Kobi Kennedy Brinson (*pro hac vice pending*)
                                                    W<small>INSTON</small> & S<small>TRAWN</small> LLP

300 South Tryon Street, 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 350-7747
Fax: (704) 350-7800
KBrinson@winston.com

Ryan Dunigan (*pro hac vice pending*)
Ross J. Corbett (*pro hac vice pending*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-3213
Fax: (312) 558-5700
RDunigan@winston.com
RCorbett@winston.com

*Counsel for Defendants Bank of America, N.A. and Bank of America Corporation*