**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DU'BOIS A. CROCKROM,

                    Plaintiff,

-against-                          20 **CIVIL** 13 (JPO)

                                                        **JUDGMENT**

BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2020, Defendants' motion to dismiss pursuant to Rule 12(b)(2) is granted in part and denied in part; Defendants' motion to dismiss pursuant to Rule 12(b)(6) is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            November 17, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                                     **BY:**
                                                    **Deputy Clerk**