UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DU'BOIS A. CROCKROM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION,<br><br>    Defendants. | Civil Action No. 1:20-cv-00013-JPO<br><br>Judge J. Paul Oetken<br><br>Magistrate Judge Debra C. Freeman<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Du'Bois A. Crockrom, plaintiff in the above-named case, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on November 17, 2020 (ECF No. 33), and from all interlocutory orders, decisions, determinations, and conclusions issued prior to the Court's judgment and adverse to the plaintiff, including the Opinion and Order dated November 17, 2020 (ECF No. 32), which granted the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and granted in part the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).

Dated: December 17, 2020

                                          Respectfully submitted,

                                        By: s/ Thomas K. Landry
                                                Thomas K. Landry

                                        Thomas K. Landry
                                        tklandry@landrylaw.com
                                        1701 Pennsylvania Ave., NW - Suite 200
                                        Washington, DC 20006
                                        Tel.: (202) 349-2900
                                        Fax: (202) 349-2919

Tina Wolfson
twolfson@ahdootwolfson.com
Robert Ahdoot (pro hac vice)
rahdoot@ahdootwolfson.com
Henry Kelston
hkelston@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

**HEDIN HALL LLP**
Frank S. Hedin*
fhedin@hedinhall.com
David W. Hall*
dhall@hedinhall.com
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

* *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiff and the Putative Class*